```
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/6/2018
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA

- v. -

ANDY GYAMFI,
    a/k/a "N Smooth,"
    a/k/a "A-Y,"
    a/k/a "A,"

          Defendant.

**ORDER**

**S4 16 Cr. 521**

---

Upon the application of the United States of America by Hagan Scotten, Assistant United States Attorney, it is hereby ORDERED that the Indictment in this matter, S4 16 Cr. 521, be unsealed on February 6, 2018, and the caption of this matter shall be *United States* v. *Andy Gyamfi*.

Dated:  New York, New York
         February 6, 2018

                                      _____
                                      THE HONORABLE STEWART D. AARON
                                      UNITED STATES MAGISTRATE JUDGE