

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York  10007*

March 12, 2018

**BY ECF AND EMAIL**

Hon. Colleen McMahon
Chief United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    <u>United States</u> v. <u>Andy Gyamfi</u>, S4 16 Cr. 521 (CM)

Dear Chief Judge McMahon:

    The Government respectfully requests that the Court exclude Speedy Trial time between today and the next status conference in the above-captioned matter, scheduled for March 21, 2018 at noon, to allow the defense to review the large quantity of discovery that was produced by

the Government, and to allow the Government to assess whether to pursue the death penalty in this matter.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: _____
Jared Lenow / Hagan C. Scotten
Assistant United States Attorneys
(212) 637-1068 / -2410

Cc: All Defense Counsel (by ECF):

SO ORDERED:

_____
Hon. Colleen McMahon
Chief United States District Judge
Southern District of New York