

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

MEMO ENDORSED

March 12, 2018

**BY ECF AND EMAIL**

Hon. Colleen McMahon
Chief United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   United States v. **Andy Gyamfi**, S4 16 Cr. 521 (CM)

Dear Chief Judge McMahon:

The Government respectfully requests that the Court exclude Speedy Trial time between today and the next status conference in the above-captioned matter, scheduled for March 21, 2018 at noon, to allow the defense to review the large quantity of discovery that was produced by

*[Handwritten endorsement:]* 3/13/18 Case adj to March 21, 2018 at 3:15 pm — time excluded through March 21, in the interest of justice, to accommodate discovery review and death penalty determination process.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/13/18

1

the Government, and to allow the Government to assess whether to pursue the death penalty in this matter.

                                            Respectfully submitted,

                                            GEOFFREY S. BERMAN
                                            United States Attorney

By:     /s/ Jared Lenow    
                Jared Lenow / Hagan C. Scotten
                Assistant United States Attorneys
                (212) 637-1068 / -2410

Cc: All Defense Counsel (by ECF):

SO ORDERED:

_____
Hon. Colleen McMahon
Chief United States District Judge
Southern District of New York