

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York  10007*

June 4, 2018

**BY ECF**

Hon. Colleen McMahon
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:    <u>United States</u> v. <u>Andy Gyamfi</u>, S4 16 Cr. 521 (CM)

Dear Judge McMahon:

      The Government writes to inform the Court that the United States Attorney General has authorized and directed this Office not to seek the death penalty against Andy Gyamfi.

                               Respectfully submitted,

                               GEOFFREY S. BERMAN
                               United States Attorney

By:    _____
         Jared Lenow/Hagan C. Scotten
         Assistant United States Attorneys
         (212) 637-1068/2410

Cc: All Defense Counsel (by ECF)