**Law Offices of Donald Yannella, P.C.**
Member of NY & NJ Bars
Tel:  (212) 226-2883
Fax:  (646) 430-8379
Email:  nynjcrimlawyer@gmail.com

**70 Grand Avenue, Suite 100**                                                                 **233 Broadway, Suite 2370**
**River Edge, NJ  07661**                                                                           **New York, NY  10279**
                                                                                                                   (Preferred mailing address)

June 11, 2018

Hon. Colleen McMahon
Daniel P. Moynihan United States Courthouse
United States District Court
500 Pearl Street
New York, NY  10007

      Re:    United States v. Andy Gyamfi
                16 Cr. 521 (CM)

Dear Judge McMahon:

      Anthony Ricco and I are counsel for Andy Gyamfi, who is scheduled for a status conference today.  Mr. Ricco is currently on trial, and I just finished a trial on Friday.  With the consent of the Government, the defense respectfully requests that the case be adjourned to June 26, 2018, at 2:15 PM and that time from today until June 26, 2018 be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) and (iv).  The adjournment is necessary to guarantee effectiveness of counsel and prevent any possible miscarriage of justice.  The value of this exclusion outweighs the best interests of the defendants and the public to a speedy trial.

                                              Sincerely,

                                              /s/

                                              Donald J. Yannella, Esq.