UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA, | Docket No.  16 Cr 521 (CM) |
| -against- | **DECLARATION** |
| ANDY GYAMFI,         Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

STATE OF NEW YORK                         )
COUNTY OF NEW YORK                  :   ss .:
SOUTHERN DISTRICT OF NEW YORK )

    Anthony L. Ricco, Esq., pursuant to Title 28, United States Code, section 1746, hereby declares under the penalties of perjury:

    1.    I was previously appointed as Learned Counsel for Andy Gyamfi and submit this declaration in support of the annexed notice to motion to be relieved and withdraw as counsel.

    2.    The government has provided notice that the Attorney General has directed and authorized the United States Attorney for the Southern District of New York not to seek the death penalty against Andy Gyamfi.   The government has decided against the death penalty.

    3.    I was appointed by the Court as "Learned Counsel" for Andy Gyamfi, pursuant to 18 U.S.C. § 3005, because Andy Gyamfi was facing a death eligible charge in the Indictment.   Since the government is no longer seeking the death penalty, Andy Gyamfi, no longer needs the serves of Learned Counsel.   Therefore, I am requesting to be relieved as Learned Counsel in this case.

    WHEREFORE, for the reasons set forth above, counsel seeks to be relieved and withdraw as Learned Counsel in this case, by order of the court.

Dated:   New York, New York
        June 27, 2018

                                        *Anthony L. Ricco*
                                        Anthony L. Ricco