# UNITED STATES DISTRICT COURT
## for the
### Southern District of New York

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   16 Cr. 521 (CM) |
| Andy Gyamfi | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Andy Gyamfi

Date:   07/20/2018

*Attorney's signature*

Karloff C. Commissiong
*Printed name and bar number*
Adams & Commissiong LLP
65 Broadway, Suite 715
New York, New York 10006

*Address*

karloff@amcmlaw.com
*E-mail address*

(212) 430-6590
*Telephone number*

(212) 981-3305
*FAX number*