UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
UNITED STATES OF AMERICA

      v.                                                                     16 Cr. 521 (CM)
                                                                     **NOTICE OF MOTION**

ANDY GYAMFI,

                Defendant.

-------------------------------------------------X

PLEASE TAKE NOTICE that upon the annexed declaration of counsel, memorandum of law, and all papers and prior proceedings had herein, defendant, Andy Gyamfi, will make a motion before the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York, as soon as counsel may be heard, for Orders granting:

1. Suppression of cell-site location information obtained by the Government without a warrant supported by probable cause, in violation of the Fourth Amendment to the United States Constitution, as well as the fruits of that unlawful search and seizure;

2. Such further relief that this Court may deem just and proper.

Dated:  August 10, 2018									Respectfully Submitted,


											By:_____/s/_____
											Karloff C. Commissiong, Esq.
											Adams & Commissiong
											Attorney for Andy Gyamfi
											65 Broadway, Suite 715
											New York, NY 10006
											Phone:  (212) 430-6590
											Fax:  (212) 981-3305

											Donald Yannella, Esq.
											Attorney for Andy Gyamfi
											233 Broadway, Suite 2370
											New York, NY  10279
											Phone:  (212) 226-2883
											Fax:  (646) 430-8379


cc	AUSA Hagan Scott
	AUSA Jared Lenow