

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York  10007*

December 17, 2018

**BY ECF**

Hon. Colleen McMahon
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:    <u>United States</u> v. <u>Andy Gyamfi</u>, S4 16 Cr. 521 (CM)

Dear Judge McMahon:

    As the Court is aware, this matter is scheduled for trial on February 26, 2018.  The parties are currently conferring about various evidentiary issues in an effort to streamline the trial and resolve potential disputed issues that would require a pretrial evidentiary ruling.  To allow the parties to continue these conversations, the parties jointly request that the Court set the following amended pretrial filing schedule: pretrial motions due **January 7, 2018**; responses due **January 21, 2018**; replies due **January 28, 2018**.

          Respectfully submitted,

          GEOFFREY S. BERMAN
          United States Attorney

By:      _____
          Jared Lenow/Hagan C. Scotten
          Assistant United States Attorneys
          (212) 637-1068/2410

Cc: All Defense Counsel (by ECF)