

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 17, 2018

**BY ECF**

12/19/18
OK
MEMO ENDORSED

Hon. Colleen McMahon
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: <u>United States</u> v. <u>Andy Gyamfi</u>, S4 16 Cr. 521 (CM)

*Colleen McMahon*

Dear Judge McMahon:

As the Court is aware, this matter is scheduled for trial on **February 26, 2019**. The parties are currently conferring about various evidentiary issues in an effort to streamline the trial and resolve potential disputed issues that would require a pretrial evidentiary ruling. To allow the parties to continue these conversations, the parties jointly request that the Court set the following amended pretrial filing schedule: pretrial motions due **January 7, 2019**; responses due **January 21, 2019**; replies due **January 28, 2019**.[1]

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: *Jared Lenow*

Jared Lenow/Hagan C. Scotten
Assistant United States Attorneys
(212) 637-1068/2410

Cc: All Defense Counsel (by ECF)

---

[1] This is a corrected version of a letter sent earlier today, in which the Government mistakenly listed the trial date as being in 2018 rather than 2019.

1