UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
UNITED STATES OF AMERICA          :
                                  :   **NOTICE OF APPEARANCE & REQUEST**
            v.                    :   **FOR ELECTRONIC NOTIFICATION**
                                  :
DWAINE COLLYMORE, et al.,         :   **16 CR. 521 (CM)**
                                  :
            Defendants.           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

TO:   Clerk of Court
      United States District Court
      Southern District of New York

   The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                               Respectfully submitted,

                               GEOFFREY S. BERMAN
                               United States Attorney for the
                               Southern District of New York


                               by: /s/ Maurene Comey_____
                                   Maurene Comey
                                   Assistant United States Attorney
                                   (212) 637-2324