UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
UNITED STATES OF AMERICA

   v.               16 Cr. 521 (JSR)
                       **NOTICE OF MOTION**

ANDY GYAMFI,

        Defendant.

-------------------------------------------------------X

  PLEASE TAKE NOTICE that upon the annexed memorandum of law, and all papers and prior proceedings had herein, defendant, Andy Gyamfi, will make a motion before the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York, as soon as counsel may be heard, for Orders granting:

1. Preclusion of a 911 call that the Government seeks to admit at trial because: (a) it would improperly bolster the witness' testimony, and (b) it is largely irrelevant relevant under Rule 401 of the Federal Rules of Evidence and otherwise inadmissible under Rule 403 because any probative value is substantially outweighed by the danger of unfair prejudice and needless presentation of cumulative evidence;

2. Such further relief that this Court may deem just and proper.

Dated:  February 6, 2019        Respectfully Submitted,

                       By:____/s/_____
                       Donald Yannella, Esq.
                       Attorney for Andy Gyamfi
                       233 Broadway, Suite 2370

New York, NY  10279
Phone:  (212) 226-2883
Fax:  (646) 430-8379

Karloff C. Commissiong, Esq.
Adams & Commissiong
Attorney for Andy Gyamfi
65 Broadway, Suite 715
New York, NY 10006
Phone:  (212) 430-6590
Fax:  (212) 981-3305

cc    AUSA Jessica Fender
       AUSA Maurene Comey