

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 17, 2019

**VIA EMAIL**

The Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 2/21/19

Re:  *United States v. Andy Gyamfi*, S6 16 Cr. 521 (JSR)

Dear Judge Rakoff:

As discussed at the final pretrial conference in the above-captioned case, the Government writes to provide additional detail regarding the "Jumpman" rap video from which the Government seeks to introduce three excerpts at trial.

Relevant here, the Court posed the question of whether the rap video was the defendant "making these assertions [in the video] as his statements or as an artistic expression of someone's statement, so to speak." (*See* Apr. 14, 2019 Tr. 17.) The defense argued that the rap video was merely artistic expression, evidenced by the fact that the defendant had "tak[en] lyrics from other songs" and that it was a "hybrid of other recording artists." (*See id.* at 17-18.) Counsel went on to argue, generally, that since the original song "references" narcotics, money, or guns, the defendant therefore "clearly pattern[ed his] song after that song." (*Id.* at 22.)

While technically accurate, these statements paint the defendant's rap video in a far more favorable light than an objective view of the evidence supports. First, as the Government noted during the conference, the *only* portion of the defendant's Jumpman video taken from the version referenced by the defense (which was recorded by artists Drake and Future) is (1) the single word "Jumpman" in the title and chorus, and (2) the underlying beat or music. (*Id.*) The lyrics in the two songs otherwise differ drastically. To assist the Court in its evaluation, the Government is attaching hereto the lyrics of the defendant's Jumpman video, as compared to those of the original composition by Drake and Future.[1]

In writing his own version of the Jumpman song, the defendant necessarily had to decide to abandon the lyrics written by other artists, and to craft his own. In so doing, he transparently

---

[1] The Drake and Future song is presently viewable at Uniform Resource Locator https://www.youtube.com/watch?v=NiM5ARaexPE; the defendant's video is presently viewable at https://www.youtube.com/watch?v=6EzE0JcBC1g.

February 17, 2019
Page 2

pulled from his own life experiences and relationships, including the specifics of his own drug-dealing business—all of which establish that this rap video is fact the defendant's own statement, and not an "artistic" expression or the adoption of someone else's statements.

As the Government pointed out, for instance, the defendant begins the video outside his home at [ ]. He then references his house arrest, which resulted in him "missing the summer"; he speaks to his preference for Hennessy whisky, which is evident throughout the numerous photographs on his social media pages showing him drinking exactly that; he references the "Double R" gang, a reference to the "Real Rich" gang to which he belongs, and which he references again and again across many of his rap lyrics;[2] he references his own nickname "Smooth" repeatedly; and, of primary relevance here, he specifically raps about his relationship with [ ] and [ ] and how he and [ ] provide of large amounts of specific types of marijuana ("Sour Diesel" and "Kush") to [ ]. As the Government represented at the pretrial conference, a number of witnesses will testify regarding the relationship between the defendant, [ ] and [ ] including specifically the fact that the precise type of marijuana supplied by [ ] and the defendant to [ ] "Kush" and "Sour Diesel"—were, in fact, the very same two types of marijuana the defendant references providing to [ ] in the rap video.

The Government has narrowly tailored its request to admit three short excerpts from a single rap video in order to avoid any unfair prejudice; accordingly, the Government has not attempted to introduce the portions of the defendant's rap video that reference his house arrest or his gang membership. But these statements clearly go to identity—that is, they establish that it is the defendant who drafted the lyrics to his version of "Jumpman"—and so for this purpose, the statements are relevant and should be considered by the Court.

For these reasons, and the reasons previously stated in the Government's motion, the Government respectfully submits that the admission of the three short excerpts from the Jumpman rap video should be admitted at trial.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By: ___/s/_____
Jessica Fender
Maurene Comey
Assistant United States Attorneys
(212) 637-2276 / 2324

---

[2] Indeed, one of the defendant's songs is entitled "It's Double R Gang." It begins "It's Double R Gang, and I'm looking like the advocate...Niggas could count on Smooth like I'm a abacus." In that song, as well, he discusses the "heat" he caught "from the Feds" and his term of house arrest.

| EXHIBIT A ||
|---|---|
| **Drake and Future Lyrics** | **Defendant's Lyrics** [1] |
| *If Young Metro don't trust you* <br> *I'm gon' shoot you* <br> *Yeah, Yo* <br> *Halloween* <br> *Taliban, Taliban* <br> *Yeah* | *Let's get it* |
| [Drake:] <br> Jumpman, Jumpman, Jumpman, <br> Them boys up to something | [The Defendant:] <br> Jumpman, Jumpman, Jumpman, <br> That boy up to something |
| They just spent like two or three weeks out the country <br> Them boys up to something they just not just bluffing <br> You don't have to call I hit my dance like Usher <br> I just found my tempo like I'm DJ Mustard <br> I hit the Ginobili with my left hand up like woo <br> Lobster and Celine for all my babies that I miss <br> Chicken fingers, french fries for them hoes that wanna diss | Fresh off house arrest, I had to miss the summer (facts) <br> Time to make a movie Quentin Tarantino (let's get it) <br> Balmain on the denim, sneakers Valentino <br><br> Just like Gary Payton, I got 20 on me <br> All my bills is blue, I'm talking Benjis only <br> Right now I'm on Patron, but I sip Henny mostly (that brown) <br> But I'm still on point, I'm talking Prigioni |
| Jumpman, Jumpman, Jumpman, <br> Them boys up to something | Jumpman, Jumpman, Jumpman, <br> Jumpman, Jumpman, Jumpman, |
| Uh, uh, uh, I think I need some Robitussin <br> Way too many questions you must think I trust you <br> You searching for answers I do not know nothing (woo!) <br> I see 'em tweaking they know something's coming (woo!) | They just talkin' shit, them boys ain't up to nothin' <br> My niggas on the rise, oh yeah, we up and comin' <br> (Double R gang) <br> These niggas out here hatin', man that shit disgustin' |

---

[1] Note that the Government has modified the transcript in light of the lyrics later identified in the defendant's email account.

Jumpman, Jumpman, Jumpman,
Them boys up to something (woo!)
Jumpman, Jumpman, Jumpman,
Fuck was you expecting? (woo!)

Chi-town, Chi-town, Michael Jordan just said text me (woo!)

[Future:]
Jumpman, Jumpman, Jumpman
Jumpman, Jumpman, Jumpman

I just seen the jet take off they up to something
Them boys just not bluffing them boys just not bluffing

Jumpman, Jumpman, Jumpman,
Them boys up to something

She was trying join the team I told her wait
Chicken wings and fries we don't go on dates
Nobu Nobu Nobu Nobu Nobu Nobu
I just throwed a private dinner in LA
Trapping is a hobby that's the way for me
Man they coming fast they never getting sleep
I, I just had to buy another safe
Bentley Spurs and Phantoms Jordan Fadeaway
Yeah

[Drake:]
Jumpman, Jumpman, I don't need no introduction
Jumpman, Jumpman, Metro Boomin' on production, wow
Hundred cousins out in Memphis they so country, wow
Tell her stay the night, valet your car, come fuck me now

Ridin' in that Audi wit my nigga G
[___] just hit my line, he said he need a P (Got you bro)
So I hit the ville and called my nigga [_] (What up, homie?)
Got Kush, got Sour Diesel and we get it cheap

Heard these niggas talkin' and my team the topic
But we gon' let them talk 'cause we gon' eat regardless
Like sanitation workers, all I see is garbage
Demanding recognition 'cause my team the hottest

It's Double R nigga, who better
Get down or lay down, nigga
You better
And that go for everybody, nigga,
Whoever
Niggas gotta go hard, gotta do better
Real Rich on deck
It's a new era
Niggas know the boy Smooth, like new leather
I don't play boy, man that shit for Hugh Hefner
It's Double R, can't name another crew better

2

Jumpman, Jumpman, live on TNT I'm flexing (ooh!)
Jumpman, Jumpman they gave me my own collection (ooh!)
Jump when l say jump, girl can you take direction? (Ooh!)
M'tombo with the bitches, you keep getting rejected (woo!)

**[Future:]**
Heard they came through magic city on a Monday
Heard they had the club wild, it was star studded
A bunch of girls going wild when your chain flooded
And I had 'em like wow, cup dirty
Dopeman dopeman dopeman dopeman dopeman dopeman
Money on the counter, choppers on the floor
I just caught that tempo, DJ Mustard (woo!)
Waaay too much codeine and Adderall
We just count up paper racks, woooah
I know I'ma get my bitch back, woooah
I count all these racks that I have on me now I'ma have you like woah
Chanel number 9, Chanel number 5, well you got 'em both

**[Drake:]**
Jumpman, Jumpman, Jumpman
Them boys up to something
They just spent like two or three weeks out the country
Them boys up to something they just not just bluffing

**[Future:]**
Jumpman, Jumpman, Jumpman
Them boys up to something

3