

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 26, 2019

**VIA EMAIL**

The Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Andy Gyamfi*, S6 16 Cr. 521 (JSR)

Dear Judge Rakoff:

    The Government respectfully submits this letter in opposition to the defense motion to dismiss Counts Three and Four of the above-referenced indictment. The defense motion contends that a Hobbs Act robbery in violation of 18 U.S.C. § 1951 does not qualify as a "crime of violence" under 18 U.S.C. § 924(c). As the defense expressly acknowledges, however, this argument is squarely foreclosed by Second Circuit precedent. In *United States v. Hill*, 890 F.3d 51 (2d Cir. 2018), the Second Circuit held that Hobbs Act robbery is a crime of violence under the "force clause" of § 924(c)(3)(A). *Id.* at 52 ("Hobbs Act robbery is a crime of violence under 18 U.S.C. § 924(c)(3)(A)."). The Second Circuit reaffirmed that holding in *United States v. Barrett*, 903 F.3d 166, 174 (Sept. 10, 2018). *Id.* ("Following *Hill*'s holding, we conclude that the substantive Hobbs Act robberies for which Barrett stands convicted are categorical crimes of violence under 18 U.S.C. § 924(c)(3)(A)."). Accordingly, the motion should be denied.

                                                      Respectfully submitted,

                                                      GEOFFREY S. BERMAN
                                                     United States Attorney for the
                                                     Southern District of New York

                                  By:   /s/
                                       Maurene Comey & Jessica Fender
                                       Assistant United States Attorneys
                                       (212) 637-2324 / 2276