```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA            :
                                    :
                                    :    16-cr-521 (JSR)
          -v-                       :
                                    :         ORDER
ANDY GYAMFI                         :
                                    :
     Defendant.                     :
                                    :
------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

The representation of the defendant in the above-captioned matter is assigned to C.J.A. Attorney on duty June 23, 2020, Eric Breslin, for the purpose of making a 28 U.S.C. § 2255 motion.

SO ORDERED

Dated:   New York, NY
         June 23, 2020

_____
United States District Judge