```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA            :
                                    :
                                    :       16-cr-521 (JSR)
         -v-                        :
                                    :           ORDER
ANDY GYAMFI                         :
                                    :
     Defendant.                     :
                                    :
------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

Yesterday, the Court assigned C.J.A. Attorney Eric Breslin to represent the defendant in the above-captioned action for the purpose of making a 28 U.S.C. § 2255 motion. See ECF No. 184. Mr. Breslin has now informed the Court of a conflict precluding such representation. Accordingly, the Court relieves Mr. Breslin of the representation and substitutes the C.J.A. Attorney on duty June 24, 2020, Daniel Parker.

    SO ORDERED

Dated:   New York, NY  
           June 24, 2020        _____  
                                 United States District Judge