UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA                  :
                                          :
                                          :        16-cr-521 (JSR)
                -v-                       :
                                          :            ORDER
ANDY GYAMFI                               :
                                          :
        Defendant.                        :
                                          :
------------------------------------x

JED S. RAKOFF, U.S.D.J.

        On June 24, 2020, the Court appointed C.J.A. Attorney

Daniel Parker to represent the defendant in the above-captioned

case for the purpose of making a 28 U.S.C. § 2255 motion. See

ECF No. 185. Mr. Parker has now submitted an affidavit advising

the Court that, upon consultation with counsel, the defendant

does not wish to bring any such motion. Accordingly, the Court

relieves Mr. Parker as counsel for the defendant.

        SO ORDERED

Dated:      New York, NY                  _____
            August 7, 2020                JED S. RAKOFF, U.S.D.J.

1