```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x
UNITED STATES OF AMERICA,               :
                                        :
                                        :
                                        :   16 Cr. 521 (JSR)
         -v-                            :
                                        :   ORDER
                                        :
ANDY GYAMFI,                            :
                                        :
                                        :
         Defendant.                     :
---------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

    The representation of the defendant in the above-captioned matter is assigned to the C.J.A. attorney on duty today, July 25, 2022, Zachary Taylor, Esq., for the purposes of vacating his conviction. Counsel for the defense and the Government are directed to jointly call Chambers by no later than August, 8, 2022 to set up a briefing schedule for a hearing.

    SO ORDERED.

Dated: New York, NY
       July 25, 2022

                                              JED S. RAKOFF, U.S.D.J.