UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
UNITED STATES OF AMERICA                :
                                        :
        -against-                       :           **ORDER**
                                        :
                                        :
                                        :        16-cr-521(JSR)
                                        :        _____
Andy Gyamfi                             :           Docket #
------------------------------------x

**Hon. Jed S. Rakoff**, **DISTRICT JUDGE**:
_____
   Judge's Name

The C.J.A. attorney assigned to receive cases on this day, **Harvey Fishbein** is hereby ordered to assume representation of the defendant in the above captioned matter, NUNC-PRO-TUNC **1/4/2024**.

**SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

Dated:  New York, New York
        1-5-24